**RECEIVED**

DEC 13 2012

12-13-12

THOMAS G BRUTON
CLERK, U.S DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Kenton A Collins SR
_____

_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

United Postal Service (mpo)
5552 Harrison Ave
Rockford IL 61107
Rick Ratcliff/supervisor
_____

_____
(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

12 C 50448
Judge Kapala

**CHECK ONE ONLY:**

_____  COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

__X__  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____  OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Kenton A Collins SR

B. List all aliases: BRO Kenton Collins (master mason)

C. Prisoner identification number: 154997

D. Place of present confinement: Winnebago County Jail

E. Address: 650 W. State St Rockford, IL 61107

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: United States Postal Service / Rick Ratcliff

Title: Supervisor of Transportation

Place of Employment: 5552 Harrison Ave Rockford IL 61107

B. Defendant: _____

Title: _____

Place of Employment: _____

C. Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

    A.    Name of case and docket number: **None**

    B.    Approximate date of filing lawsuit: **None**

    C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: **None**

    D.    List all defendants: **None**

    E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): **None**

    F.    Name of judge to whom case was assigned: **None**

    G.    Basic claim made: **None**

    H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): **None**

    I.    Approximate date of disposition: **None**

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

In mid October I started working for the post office in Rockford, IL at the main as a tractor trailer operator as a part-time service Employee I was told that I would be getting the full time position for the Love's PK Run But there was a transfer from milwaukee, wi, that was on FMLA that Have to be Removed from there Roaster First, then i Could get the full-time position that Never Happened. I was working from 3:30 AM to 12:00 pm in the Noon Monday thur Friday and on Saturdays I Had to work from 3:30 AM to 10:00 pm in the Evening due to a Driver shortage, these Hours where very stressfull, so I complained to the Acting supervisor and then he changed it to every other Saturday 16 Hrs which i did at straight pay until the End of april when they Hired the New guy, then I was told that He was suppose to pick up the overtime from all three Run so no overtime would be given out! after getting 40 Hrs plus to getting 25 Hrs a week. that was unfair treatment

Now Back in January 2012 a memo went out over the postal systems internet which informed me that all PSE's will be getting a pay raise from 15.00 to 17.00 HR, so a few days later a Lady from the Chicago Head office for transportation called me about my previous application, and wanted to know if i was still interested in a Driving job and then i said that i accepted a job at the Rockford, IL (MPO) so i then asked her how much would it Pay. and she stated to me that it would pay 21.50 PR HR and that's what she asked for from Washington, DC for the whole area, and she also stated that the amount of pay that a driver get's is up to the Head supervisor over Transportation. I felt cheated that in this state which i Live you go from Rockford, IL to palatine, IL and a 6.00 pay difference, so then i was also told that Illinois pay for PSE's tractor operators are to be the same all over this state Just Because Milwaukee, wi is the district office for the Rockford, IL Post offices they still should have to go by state laws and that is unfair pay which is illegal so in march i got in touch with and notification my letter from Milwaukee, wi district office and also my supervisor that PSE's that was already hired would not Recieve a Pay Raise. only new PSE Hiree's would Recieve the Raise which is still unfair or unequal pay in this Region which Rockford truly sets in the Northern Region of Illinois.

5

Revised 9/2007

So the district manager from Milwaukee, Wi called me and stated that the only way i would be able to get the raise to 12.50 would be for me to quit and Re-Hire, Which i would Loose my seniority that i Builded up. I needed medical for my Kids and me Badly. Once Rick Ratcliff got wind that i was communicating around Him He Basically got mad: and (made a statement) I should Quit and go back to Chicago (after all that Has Happend to me) I wish i Had Quit) I am a Certified Diesel mechanic) Which i worked for America's Biggest trucking company for a few years Which was J.B. Hunt and also vitran (expidate) out of Chicago (so i Have years of Experience (a few guys Retired and i wanted a shop position (so i asked about the openings and i was told that from one of the shop guys that their Has Never Been a Black man Hired Here and that their will Never Be one in this shop. so stop thinking about it. But still i wanted to apply But was told that i can only apply if i was Full-time. Because other positions were going to Be shut-Down so only full time could apply first with or without Experience. then i spoke with my supervisor and He stated that i should quit. He even went on the postal internet and Found job openings and printed them and put them in my mail box and called me on my phone and stated i should fill out apps on the computer for jobs elsewhere.

5

after christmas i was accused of sexual harrasment by two white women my supervisor Rick Ratcliff sat me down and went over the statements and I wrote my side of the story which was not true and i told him I will get me a Lawyer. so then he got back with me and said we will write this up and that as long as nothing like this happens again then it will be removed from your record, and that i should not say anything to these women because some of them have problems and they have been known to have other guys almost fired too. so then in may 2012 i started work at 3:30 AM which was my Loves PK Run I completed the Run and came back and went on Lunch I forgot to turn my Keys in and Went Home, I changed Jackets and left my work keys in it! Went back to work but used a small vehicle to deliver my Express mail. then turned my keys In and went Home! the next mourning i could not find the Keys so I got behind a Little But got another key and got Back on time. at the End of my Half the federal marshall was Helping to find the keys, my supervisor said u should check home to Be sure! i did and found the keys. the marshall said good deal i don't have to call Washington now! No more was spoken about until the 15th of may after my last situation then wrote me up for both incidents which was unfair ( the Union did nothing to help me at all!

5                                                                                    Revised 9/2007

my Pocket. so I reached up after opening the tractor trailer but Delivering Express mail in a small postal vehicle. So I did my Route came Back and went Home. the Next morning I came to work and could not find the keys in the the Check area so then after a few tries we found so more keys and I caught Back up on my Route and completed my Run So when i came Back From my 2nd part of my Run Delivering Express mail I talked with my supervisor Rick Ratcliff. He told me the High Security Level that was going on there in Rockford. Due to the President Obama was Having a Conference in Chicago, and i should check Home to see if i can find the keys Because those Keys where to Everything in Rockford for the government So I went Home checked around and sure enough I Found them came Back to the Job and gave the keys to the federal marshall that was there and He said that if I didn't find these keys He would Have to make a call to Washington.D.C. And that was the end. my supervior Rick Ratcliff said good deal and that He would see me tommarow Have a good day So Everything went on as good. From the time I started all of my progress Reports that i Recieved said that my work ethics was and Has Been Satisfactory. Now on May 12. 2012 I was leaving the post office to Deliver my Route of Express mail at about 11:00AM I come out off the service area and proceeded to the traffic light at Forrest st and Harrison Ave where at that time I came to see Rockford police all around my apartment and in the Doorway the Light changed I proceeded on Forrest across Harrison which was my trained Route to go to my First stop which is New towne post office. So as I came up to my apartment I slowed my vehicle and asked the officer whats going on He asked who am I, I told Him that this is my apartment and my 6 yrs old son mother who is Bipolar and Skittso Frantic with uncontrollable Levels of Anexity and that I'm concerned Because I Have Residentual and parental Custody of my son. and she was acting Really weird Latchy which scared me! the officer told me that she called 911 and said I Raped Her. which was not true. and then I explained that since she arrived on may 5. 2012 we Have Been Having sexual encounters every Day. and at no time did i Force myself on Her.

(4) Dec 1, 2012

the officer then went back inside with the sergent and other (I forgot to say the officer told me to pull over and get out of the vehicle the sergent then told me that I have to go back in and ask Her about Her Bipolarism and any other mental conditions and to check Her medications then she went to the Hospital to Have a Rape Kit performed and then I and my son was standing outside and I went to my neighbors and then asked Him if He could watch my son while I go and finish my shift. then the sergent came over to me and said that my son mother says that my son Has scarrs on his Feet from my Ex girlfriend giving Him a Bath. So then the sargent said that we need to go into my apartment and check his feet. Which we went in and he said I have to Report this to dcfs and That He must Bring me and my son to the Station Now. He then grabbed me by my arm and forced me and my son in the car the officer snatched my federal marshall work I.D from around my neck. Which the federal marshall was never contacted. Took my keys and I.D and Abandoned my postal vehicle at my House with 152 pieces of critical Express mail on, then I went to the station Where I had to give a statement if i wanted to go back Home. so then I was given a call from my supervisor Rick Ratcliff about this and He stated that He was pushing for me to be fired so on the 15th of may I Had a meeting with my union Stewart and my supervisor where he at that time Had a write up for my incident about the keys that were lost and found by me! Which no action was taken at that time which was over 2 weeks old and never mentioned, until after this last incident which I Had no controll over, I was illegally detained against my will.

(5)

Dec 1, 2012

My Reason for being fired was because I went off Route or went Home and that my work ethics was poor. Which just before this may 12 2012 incident I recieved a progress report which said the my work ethics was satisfatory. And I was living on this Route which I had been driving for 8 months, in which I live on so it is impossible for me to go off Route by passing my House. And also being my son's mother was and is Bipolar it is my responsibility ~~to~~ eminent as a father to stop and make sure my son is not in any danger! Now the present state that I am in is because of the postal service fired me which put me in this position not to be able to afford a lawyer or post bond, which is also the cause of me losing my new truck, my apartment. to say at whole my Hole way of life was taken Due to my unemployment from the post office.

I can't believe that a law bidding scottish Rite master mason be treated in such manner as I have. In 22 years of trucking across America i have never seen or herd a master mason treated in such unjustifiable situation

Kenton A Collins Sr
Dec 1, 2012

V.  Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am seeking a full-time Spotter postion with the U.S.P.S. all my Back pay of 21.50 pr Hr. my pain and suffering my mental anguish and also for allowing me to be placed in a Life threatening environment. (Compensation to the fulliest degree!

VI.  The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this Tues day of December 4 20 12

_Kenton A Collins_
(Signature of plaintiff or plaintiffs)

Kenton A Collins
(Print name)

154997
(I.D. Number)

8928 S. Parnell Ave
Chicago IL 60620
(Address)

Presently Jailed at
Winnebago County Jail
650 W. State
Rockford IL, 61102

6

Revised 9/2007

Relief Continued

1) also I fill that if I was employed. I could Have gotten a Lawyer and also made Bail!

2) I would Have not Lost my apartment

3) I would Have not Lost my new pick-up truck

4) I would Have also Been able to pay my part in getting my son off to College at tuskeegee university

I fill my Relief is within good Reason Please acknowledge this cHain oF Events

Thank you
Kenton A Collins
Dec 4, 2012

K. COLLINS - Inmate
#154997
Winnebago County Jail
650 W. State
Rockford, IL 61102

12 C 50448
Judge Kapala

Prisoner Correspondent,
United States District Court
219 S. Dearborn Street
Chicago, IL 60604

RECEIVED
DEC 3 2012
THOMAS G BRUTON
CLERK U.S. DISTRICT COURT

#1    Legal Mail